United States District Court
for the District of New Jersey

_____        :
                                                        :
**UNITED STATES OF AMERICA**                            :
                                                        :        Crim. No. 11-768
                    Plaintiff                            :
                    vs.                                  :        Order of Reassignment
**JOVANY CLERMONT, ET AL.**                             :
                                                        :
                    Defendant                            :
_____         :


It is on this 9th day of December 2011,

O R D E R E D that the entitled action is reassigned

from Judge Jose L. Linares to Judge Esther Salas.


                          S/Garrett E. Brown, Jr.
                    Garrett E. Brown, Jr., Chief Judge
                    United States District Court