# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 11-cr-768 (JLL) |
| JOVANY CLERMONT, a/k/a "Rims" | : | **ORDER FOR CONTINUANCE** |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Michael H. Robertson, Assistant U.S. Attorney, appearing) and defendant JOVANY CLERMONT (Anthony C. Mack, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. This case is sufficiently complex, due to the nature of the prosecution. The charges in this case are the result of a lengthy investigation, and the discovery involves numerous audio recordings that defense counsel requires adequate time to review and it is unreasonable to expect adequate

preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; and;

2. Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter and it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits provided by the Speedy Trial Act of 1974;

3. As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 6th day of February, 2012

ORDERED that this action be, and hereby is, continued until April 30th, 2012; and it is further

ORDERED that Defendant shall file pretrial motions on or before February 24, 2012; and it is further

ORDERED that the Government shall respond to such motions on or before March 9, 2012; and it is further

ORDERED that the return date for pretrial motions *& status conference* shall be March 27, 2012 @ 2:00 PM; and it is further

ORDERED that the Trial shall commence on April 30th, 2012 at 10:00 a.m.; and it is further

ORDERED that the period of time from February 24, 2012 through April 30, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act of 1974.

                                              Honorable Jose L. Linares
                                              United States District Judge

Michael H. Robertson
Assistant U.S. Attorney

Anthony C. Mack, Esq.
Attorney for Jovany Clermon: