UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Jose L. Linares |
| v. | Criminal No. 11-768 (JLL) |
| MARK MANASSE, a/k/a "M-Easy," BRADNEY MANASSE, a/k/a "Ice," JOVANY CLERMONT, a/k/a "Rims," DAVID GLASS, a/k/a "Grim," CHENETE PHILEMON, a/k/a "Jumanji," THIMOTE PIERCIN, a/k/a "Tim," LEVELSTON GEORGES and PHILEMON PIERRE-SAINT, a/k/a "Butter" | **COMPLEX CASE, DISCOVERY AND INSPECTION ORDER** |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Michael H. Robertson, Assistant U.S. Attorney, appearing) and defendants MARK MANASSE, a/k/a "M-Easy" (Kathleen M. Theurer, Esq., appearing), JOVANY CLERMONT, a/k/a "Rims" (Anthony C. Mack, Esq., appearing), DAVID GLASS, a/k/a "Grim" (James C. Patton, Esq., appearing), CHENETE PHILEMON, a/k/a "Jumanji" (Linwood A. Jones, Esq., appearing), THIMOTE PIERCIN, a/k/a "Tim" (John McGovern, Esq., appearing), LEVELSTON GEORGES (Joseph R. Rubino, Esq., appearing), and PHILEMON PIERRE-SAINT, a/k/a "Butter" (E. Alexander Jardines, Esq., appearing) and good cause having been shown, the Court makes the following findings:

1. The charges in this case are the result of a lengthy investigation, and the discovery involves a voluminous

amount of discovery, including hundreds of audio recordings (some of which are in a foreign language) that will require adequate time for defense counsel to review;

2. Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

3. Additionally, plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

4. As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 27 day of March, 2012

ORDERED that this action be, and hereby is, continued until June 25, 2012; and it is further

ORDERED that Discovery will be provided pursuant to Rule 16 of the Federal Rules of Criminal Procedure on or before April 24, 2012; and it is further

ORDERED that a case management conference shall be held on May 22, 2012, at 1:30 PM.; and it is further

ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court; and it is further

ORDERED that the period from March 2, 2012 through June 25, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Honorable Jose L. Linares
United States District Judge