NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No.: 11-768 (JLL) |
| Plaintiff, | **ORDER** |
| v. | |
| JOVANY CLERMONT, *et al* | |
| Defendants. | |

This matter has been set for a firm trial date of **Monday, February 4, 2013 at 9:30 AM** before this Court in Courtroom 5D, 5th floor of the Martin Luther King Jr., Federal Building, Newark, New Jersey. You must be prepared and ready to proceed for trial at that time; no adjournments will be granted.

This timeline for pretrial motions and other trial matters shall be as follows:

1. Fully-briefed motions *in limine* are due to the Court on **January 24, 2013**. The parties shall meet-and-confer on an appropriate briefing schedule to ensure that the Court receives only fully-briefed motions by that date.

2. No later than **January 24, 2013**, the following must be submitted to this Court:

    a. Jointly agreed to proposed *voir dire* questions;
    b. Jointly agreed to neutral statement about the case, not to exceed one paragraph;
    c. Jointly agreed to proposed jury charges. If there are charges on which the parties cannot reach agreement, those charges should be submitted separately in one document of disputed charges. For each disputed charge, both parties' versions should be listed together with supporting authorities. The agreed upon version of charges should be clearly marked as "Agreed Upon" and should not contain authorities; and

d.  A single numbered list of <u>all exhibits</u>, including a brief description and any objection to the exhibit.

All of these items should be submitted to the Court in hard copy form delivered to chambers. A copy should also be provided to the Court in electronic format on CD, saved in WordPerfect or an early version of Word.

3.  For trial, all exhibits should be pre-marked and must include exhibit stickers. Copies of all trial exhibits must be prepared for the Judge, the Court Deputy, the Court Reporter, and opposing counsel.

4.  Oral argument on *in limine* motions to be scheduled by the Court.

**IT IS** on this **12th** of **SEPTEMBER, 2012, SO ORDERED.**

_____
Jose L. Linares
United States District Judge