NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>JOVANY CLERMONT a/k/a "Rims"<br>MARK MANASSE a/k/a "M-Easy"<br>CHENETE PHILEMON a/k/a "Jumanji"<br>LEVELSTON GEORGES<br>and PHILEMON PIERRE-SAINT a/k/a "Butter"<br><br>Defendants. | Criminal No.: 11-768 (JLL)<br><br>ORDER |

Please be advised that oral argument on all omnibus motions [nos. 175, 176, 177, 178, 179 and 187] is scheduled for **Monday, January 7, 2013 at 1:00 p.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

Jose L. Linares,
United States District Judge

Dated: December 7, 2012